The United States Courts for the Eastern District of Pennsylvania

RECEIVED AUG 10 2021

Amended Complaint

I want to Amend my General Complaint against the Palmer Police, Palmer Magistrate, Officer Patrick A. Clinese and Evan M. Goldstien. I want punitive damages saught for the total amount of 3,000,000.00 for the disreguarding of my Federal Constitutional Rights and the ongoing suffering in this draconian detainment facility. Also if it matters it lists only me as the plaintiff twice, they wouldn't give me another form.

- I Declare under penalty of perjury the information in this document is true and correct.

8/5/2021        Case number 21-3321        August B. Kris IV

August B. Kreis IV
Inmate # 5264
Northampton County Prison
666 Walnut Street
Easton, PA 18042

**INMATE MAIL**
This correspondence is from a County Jail and the sender is an inmate. The contents have not been evaluated. Northampton County Jail is not responsible for the contents or debts incurred.

LEHIGH VALLEY PA 180
6 AUG 2021 PM 3 L

U.S. POSTAGE >> PITNEY BOWES
ZIP 18042 $ 000.51⁰
02 4W
0000379641 AUG 06 2021

Clerk of Court, EDPa
James A. Byrne U.S. Courthouse
Room 2609
601 Market Street
Philadelphia, PA 19106

19106-173259