IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUGUST BYRON KREIS, IV<br>    Plaintiff,<br>v.<br>PALMER TOWNSHIP POLICE DEPARTMENT, *et al*.<br>    Defendants. | CIVIL ACTION NO. 21-3321 |

### ORDER

**AND NOW**, this 30th day of September 2024, upon consideration of Motion for Summary Judgment of Defendants John Gillen, James Alercia, Patrick Clinese, and Kenneth McPherson [Doc. No. 67] and the opposition thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. As the claims against all Defendants have been dismissed, the Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**